MELVIN THOMAS, Plaintiff-Appellee, v. JIM GREER, Warden, Defendant-Appellant.

Third District   No. 3—88—0360

Opinion filed August 17, 1989.

The above opinion was withdrawn from publication after rehearing was allowed January 22, 1990, and was modified March 30, 1990, and republished at 200 Ill. App. 3d 202.